UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BALJIT SINGH, | No. 24-815 |
| Petitioner, | Agency No. A208-180-861 |
| v. | |
| PAMELA BONDI, Attorney General, | ORDER |
| Respondent. | |

Before: R. NELSON and VANDYKE, Circuit Judges.[1]

A judge of this court has called for a vote to determine whether this case should be reheard en banc. The parties are directed to file simultaneous briefs setting forth their respective positions on whether the case should be reheard en banc. The briefs shall not exceed 15 pages unless they comply with the alternative length limitation of 4,200 words. The briefs shall be filed within 21 days of the date of this order.

---

[1] This order was issued by a quorum of the panel. *See* 28 U.S.C. § 46(d); Ninth Circuit General Order 3.2(h).